JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADAM DANESHGAR,<br><br>    Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, AND DOES 1 TO 50,<br><br>    Defendants. | Case No.: 2:22-cv-06562-SPG-AGR<br><br>**DISMISSAL OF ACTION** |

    Upon consideration of the Stipulation for Dismissal filed by the parties, it is Hereby ORDERED that this matter is DISMISSED with prejudice.

    IT IS SO ORDERED.

Dated: March 28, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE